FILED
MAY 14 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB DEBEVEC,<br><br>Defendant. | INDICTMENT<br><br>CASE NO. 1:26 CR 00238<br>Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and 846<br><br>JUDGE BRENNAN |

COUNT 1
(Attempted Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

1. On or about December 16, 2025, in the Northern District of Ohio, Eastern Division, Defendant JACOB DEBEVEC did knowingly and intentionally attempt to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(viii).

COUNT 2
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury further charges:

2. From on or about September 13, 2025, to on or about December 16, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JACOB DEBEVEC and others known and unknown to the Grand Jury did knowingly and intentionally combine,

conspire, confederate, and agree with others known and unknown to the Grand Jury to distribute and possess with the intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), all in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

3. The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offenses, Defendant JACOB DEBEVEC shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; and any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.